IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEUNDRA NEAL                                                                                                    PLAINTIFF

v.                                              Civil No. 4:14-CV-4091

WARDEN CAMPBELL, Arkansas
Community Correction; MS. WALKER,
Records Supervisor; MS. ORR; and MS. NASH                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 22, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12.  Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 9) be granted and the case dismissed because all asserted claims are frivolous or fail to state claims upon which relief may be granted.  *See* 28 U.S.C. § 19159(e)(2)(B)(i)-(iii).  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss is **GRANTED**, and this case is dismissed without prejudice.  The dismissal of this case constitutes a strike under 28 U.S.C. § 1915(g).  The Clerk is directed to place a strike flag on the case.

**IT IS SO ORDERED**, this 15th day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge